| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Middle District of Florida |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  Adrian Guenter Lenz

**2. Debtor's unique identifier**

**For non-individual debtors:**
☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___
☐ Other _____. Describe identifier _____.

**For individual debtors:**
☐ Social Security number:   xxx – xx– ____ ____ ____ ____
☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – ____ ____ ____ ____
☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**  Jens Lieser as the Administrator of the insolvency estate of Adrian Guenter Lenz

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  German insolvency proceeding

**5. Nature of the foreign proceeding**

*Check one:*
☑ Foreign main proceeding
☐ Foreign nonmain proceeding
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
_____
_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☑ Yes

Debtor  Adrian Guenter Lenz_____    Case number (*if known*)_____
      <sub>Name</sub>

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Germany_____

   **Debtor's registered office:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Individual debtor's habitual residence:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   Frankfurter Straße 9_____
   Number    Street

   _____
   P.O. Box

   Limburg                                  65549
   City    State/Province/Region    ZIP/Postal Code

   Germany_____
   Country

10. **Debtor's website** (URL)  _____

11. **Type of debtor**

    *Check one:*

    ❏ Non-individual (*check one*):

        ❏ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

        ❏ Partnership

        ❏ Other. Specify: _____

    ☑ Individual

Debtor   Adrian Guenter Lenz_____   Case number (*if known*)_____
         Name

**12. Why is venue proper in *this district*?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____    Jens Lieser_____
   Signature of foreign representative           Printed name

Executed on   _____
              MM / DD / YYYY

✗ _____    Jens Lieser_____
   Signature of foreign representative           Printed name

Executed on   _____
              MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Rachel Nanes_____    Date   07/07/2020_____
   Signature of Attorney for foreign representative      MM / DD / YYYY

Rachel Nanes_____
Printed name
DLA Piper LLP (US)_____
Firm name
200 South Biscayne Boulevard, Suite 2500_____
Number       Street
Miami_____   FL_____   33131_____
City                                 State     ZIP Code

(305) 423-8500_____        rachel.nanes@us.dlapiper.com_____
Contact phone                         Email address

85167_____   FL_____
Bar number                             State

Debtor  **Adrian Guenter Lenz**                                  Case number (*if known*)_____
        Name

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____        Jens Lieser
   Signature of foreign representative        Printed name

Executed on   07/02/2020
              MM / DD / YYYY

✗ _____        Jens Lieser
   Signature of foreign representative        Printed name

Executed on   07/02/2020
              MM / DD / YYYY

**14. Signature of attorney**

✗ _____        Date  _____
   Signature of Attorney for foreign representative         MM / DD / YYYY

Rachel Nanes
Printed name
DLA Piper LLP (US)
Firm name
200 South Biscayne Boulevard, Suite 2500
Number    Street
Miami                                        FL         33131
City                                         State     ZIP Code

(305) 423-8500                               rachel.nanes@us.dlapiper.com
Contact phone                                Email address

85167                                        FL
Bar number                                   State

# EXHIBIT 1

- Ausfertigung -

**Amtsgericht Limburg** 21.12.2018
- Insolvenzgericht -
**9 IN 139/18**
(bitte stets angeben)



**B e s c h l u s s**

```
EINGEGANGEN
03. Jan. 2019
LIESER Rechtsanwälte
```

In dem Insolvenzverfahren über das Vermögen des

Adrian Günter Lenz, Remmeltstraße 22, 65597 Hünfelden,

Verfahrensbevollmächtigter:
Rechtsanwalt Rainer-Manfred Althaus, O 6, 7, 68161 Mannheim,

wird am 21.12.2018 um 09:00 Uhr das Insolvenzverfahren gemäß §§ 2, 3, 11, 16 ff., 315 ff. InsO eröffnet.

Der Schuldner wird Restschuldbefreiung erlangen, wenn er den Obliegenheiten nach § 295 InsO nachkommt und die Voraussetzungen für eine Versagung nach den §§ 290, 297 bis 298 InsO nicht vorliegen.

Zum Insolvenzverwalter wird bestellt:

**Rechtsanwalt Jens Lieser, Frankfurter Straße 9, 65549 Limburg, Tel.: 06431/409837, Fax: 06431/478077, E-Mail: info@lieser-rechtsanwaelte.de**

Dem Schuldner wird die Verfügung über sein zur Insolvenzmasse gehörendes gegenwärtiges und zukünftiges Vermögen für die Dauer des Insolvenzverfahrens verboten. Die Verfügungsbefugnis wird dem Insolvenzverwalter übertragen.

Schuldbefreiende Leistungen an den Schuldner können nach dem Eröffnungszeitpunkt nicht mehr erfolgen. Wird gleichwohl an den Schuldner geleistet und gelangen die Mittel nicht zur Masse, besteht die Gefahr der nochmaligen Leistungsverpflichtung gegenüber dem Insolvenzverwalter.

Mit diesem Verfahren wird das weitere 9 IN 107/18 verbunden. Das Verfahren 9 IN

139/18 führt.

## G r ü n d e :

Der Schuldner ist zahlungsunfähig. Dies steht zur Überzeugung des Gerichts fest aufgrund der durchgeführten Ermittlungen, insbesondere aufgrund des Gutachtens des Sachverständigen Rechtsanwalt Jens Lieser vom 19.12.2018 in dem Verfahren 9 IN 107/18.

### Rechtsmittelbelehrung

Die Entscheidung über die Eröffnung des Insolvenzverfahrens kann von dem Schuldner, dem Pensions-Sicherungsverein, der Bundesanstalt für Finanzdienstleistungsaufsicht sowie bei juristischen Personen und Gesellschaften ohne Rechtspersönlichkeit von jedem Mitglied des Vertretungsorgans bzw. jedem persönlich haftenden Gesellschafter mit der sofortigen Beschwerde angefochten werden. Sie ist innerhalb einer Notfrist von 2 Wochen bei dem Amtsgericht Limburg, Walderdorffstraße 12, 65549 Limburg a.d.Lahn einzulegen.
Die Frist beginnt mit der Zustellung bzw. mit der Verkündung der Entscheidung. Soweit die Zustellung durch öffentliche Bekanntmachung erfolgt ist, beginnt sie, sobald nach dem Tage der Veröffentlichung zwei weitere Tage verstrichen sind. Erfolgt die öffentliche Bekanntmachung neben der Zustellung ist für den Beginn der Frist das frühere Ereignis maßgebend.
Die Beschwerde kann durch Einreichung einer Beschwerdeschrift bei dem o. g. Gericht eingelegt oder auch zu Protokoll der Geschäftsstelle eines jeden Amtsgerichts erklärt werden, wobei es für die Einhaltung der Frist auf den Eingang bei dem o. g. Gericht ankommt. Sie ist von dem Beschwerdeführer oder seinem Bevollmächtigten zu unterzeichnen. Die Beschwerde muss die Bezeichnung des angefochtenen Beschlusses sowie die Erklärung enthalten, dass Beschwerde gegen diesen Beschluss eingelegt wird. Soll die Entscheidung nur zum Teil angefochten werden, so ist der Umfang der Anfechtung zu bezeichnen.
Die Beschwerde soll begründet werden.


Peters
Richter am Amtsgericht

Ausgefertigt
Limburg, den 21.12.2018

Martin, Justizfachangestellte
als Urkundsbeamtin der Geschäftsstelle

# EXHIBIT 2

Executed Copy

Local Court of Limburg
- Insolvency Court -
9 IN 139/18
(please always provide)

21 December 2018

**Order**

In the insolvency proceedings in relation to the assets of

Adrian Günter Lenz, Remmeltstraße 22, 65597 Hünfelden,

Representative in the proceedings:
Lawyer Rainer-Manfred Althaus, 0 6, 7, 68161 Mannheim,

the insolvency proceedings are commenced on 21 December 2018 at 09:00 am CET pursuant to sections 2, 3, 11, 16 ff., 315 et seq. German Insolvency Code (InsO).

The debtor will obtain residual debt discharge if he fulfils the obligations under section 295 InsO and the conditions for refusal under sections 290, 297 to 298 InsO are not met.

As insolvency administrator is hereby appointed:

Lawyer Jens Lieser, Frankfurter Straße 9, 65549 Limburg, Tel.: 06431/409837, Fax: 06431/478077, E-Mail: info@lieser-rechtsanwaelte.de

The debtor is prohibited from disposing of his present and future assets belonging to the insolvency estate for the duration of the insolvency proceedings. The power of disposal is transferred to the insolvency administrator.

Debt discharging payments to the debtor can no longer be made after the commencement date. If, nevertheless, payment is made to the debtor and the funds do not reach the insolvency estate, there is a risk that payment will again need to be made to the insolvency administrator.

The further proceedings 9 IN 107/18 is hereby connected to the present proceedings. The proceedings 9 IN 139/18 lead.

**Reasoning:**
The debtor is insolvent. This is the conviction of the court on the basis of the investigations carried out, in particular on the basis of the expert opinion of the lawyer Jens Lieser dated 19 December 2018 in the proceedings 9 IN 107/18.

**Instruction on the right to appeal**
The decision to open insolvency proceedings may be appealed immediately by the debtor, the Pensions Security Scheme, the Federal Financial Supervisory Agency and, in the case of legal entities and companies without legal personality, by any member of the representative body or any personally liable shareholder. It must be filed with the Local Court of Limburg, Walderdorffstraße 12, 65549 Limburg a. d. Lahn within an emergency period of 2 weeks.
The period begins with the notification or delivery of the decision. Where service has been effected by public notice, it shall commence as soon as two further days have elapsed after the date of publication.

If the public announcement is made in addition to service, the earlier event shall be decisive for the start of the period.

The appeal may be lodged by filing a notice of appeal with the above-mentioned court or may be entered in the minutes of the registry of each local court, whereby the receipt by the above-mentioned court shall be decisive for compliance with the time limit. It must be signed by the complainant or his authorised representative. The appeal shall contain the name of the order under appeal and a statement that an appeal will be lodged against that order. If the decision is to be contested only in part, the scope of the appeal shall be specified.

The appeal shall be substantiated.

Peters
Judge at the Local Court
Executed Limburg, 21 December 2018

Martin, Judical Clerk
As registrar of the office